IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

EARL C. OGDEN,
    Petitioner,

vs.                                                    Case No.: 5:15cv180/MMP/EMT

JULIE L. JONES,
    Respondent.
_____/

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Petitioner commenced this action by filing a habeas petition under 28 U.S.C. § 2254 (ECF No. 1). On July 23, 2015, the court issued an order directing Petitioner to pay the filing fee or submit a motion to proceed in forma pauperis ("IFP") (ECF No. 3). On August 17, 2015, Petitioner notified the court that he had requested an inmate account statement from the Florida Department of Corrections ("FDOC"), but had not received it, because it generally takes the FDOC four to six weeks to respond to such requests (*see* ECF No. 4). That was eleven months ago. Petitioner has requested several extensions of time to submit an IFP motion, indicating that he still has not received his inmate account statement (*see* ECF Nos. 6, 8, 10, 12, 14, 17). The court granted Petitioner's requests (*see* ECF Nos. 7, 9, 11, 13, 15, 18). Petitioner did not pay the filing fee or file an IFP motion by the latest deadline; therefore, on June 2, 2016, the

court issued an order requiring Petitioner to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 19). The time for compliance with the show cause order has now elapsed and Petitioner has failed to pay the filing fee, or submit an IFP motion, or otherwise explain his failure to comply with the court's order.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Petitioner's failure to comply with an order of the court.

**DONE AND ORDERED** this 13th day of July 2016.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.

Case No.: 5:15cv180/MMP//EMT